UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**WCSJR II CORPORATION,**

    Plaintiff,

v.                                      Case No. 2:20-CV-00857

**ARCH SPECIALTY INSURANCE COMPANY,**

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, WCSJR II CORPORATION, by and through its undersigned counsel, files its Notice of Voluntary Dismissal with Prejudice as to the above-captioned matter.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing was furnished via e-service to counsel for Arch Specialty Insurance Company, Christopher M. Ramey, Esquire, and Justin W. Sblano, Esquire Butler Weihmuller Katz Craig, LLP., 400 N. Ashley Drive, Suite 2300, Tampa, Florida 33602 on this 18th day of March 2022.

    /s/ *Erin E. Dunnavant*

    _____
    **ERIN E. DUNNAVANT, ESQUIRE**
    Florida Bar No. 89328
    DANAHY & DUNNAVANT, P.A.
    901 W. Swann Avenue
    Tampa, Florida 33606
    (813) 906-1841
    (813) 579-1912 (fax)
    E-Service:
    erin@danddlaw.com
    damian@danddlaw.com
    service@danddlaw.com
    Attorney for Plaintiff